UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL GIOUPIS,

                    Petitioner,

– against –

CAPE SECURITIES, INC., *and* JAMES RANDALL
WEBB,

                    Respondents.

**ORDER**

26 Civ. 208 (ER)

RAMOS, D.J.:

Paul Gioupis filed a petition to confirm an arbitration award on January 9, 2026.  Doc. 1.

Rather than respond to the petition, on January 29, 2026, Respondents filed a motion to vacate

the arbitration award.  Doc. 8.  The parties are directed to appear for a conference on February

18, 2026, at 11:00 a.m. in Courtroom 619 of the Thurgood Marshall United States Courthouse, 40

Foley Square, New York, NY 10007.

It is SO ORDERED.

Dated:    February 4, 2026
          New York, New York

                                                    _____
                                                    EDGARDO RAMOS, U.S.D.J.