UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   05/14/26

PAUL GIOUPIS,

          Petitioner,

    -against-

CAPE SECURITIES, INC., and JAMES
RANDALL WEBB,

          Respondents.

26-CV-208 (BCM)

**ORDER SCHEDULING ORAL
ARGUMENT**

**BARBARA MOSES, United States Magistrate Judge.**

Petitioner Paul Gioupis initiated this action on January 9, 2026 by filing a Petition to Confirm Arbitration Award and Enter Judgment Thereon (Dkt. 1), supported by a memorandum of law and other materials (Dkts. 4, 5), seeking confirmation of a Financial Industry Regulatory Authority Dispute Resolution award in the amount of $528,795.49 (Dkt. 4-1), issued in his favor on December 30, 2025. On January 29, 2026, respondents Cape Securities, Inc. and James Randall Webb filed a motion to vacate the award, together with a memorandum of law (Dkt. 9) in support of the motion to vacate and in opposition to the petition. On February 9, 2026, petitioner filed a brief in opposition to the motion to vacate and in further support of his petition. Dkt. 14. Finally, on February 17, 2026, respondents filed a reply brief in further support of their motion to vacate the award, Dkt. 17, thus completing the briefing on both the petition and the motion to vacate.

That same day, the parties consented to the jurisdiction of the undersigned Magistrate Judge for all purposes. *See* Dkt. 16.

Three months later, on May 7, 2026, petitioner filed a motion for an order of attachment in aid of arbitration (Dkt. 18), supported by a memorandum of law and other materials (Dkts. 20, 21). Petitioner seeks an order of attachment in the full amount of the award, to secure satisfaction of

this Court's potential judgment, on the ground that respondents are taking steps to dissipate their assets and render themselves judgment-proof. *See* Dkt. 21.

Respondents' papers in opposition to the motion for an order of attachment are due no later than **May 21, 2026**. *See* Local Civ. R. 6.1(b). Petitioner's optional reply papers are due no later than **May 28, 2026**. *See id*. The Court requests that petitioner submit a proposed form of order with his reply papers. The Court will hear argument on the petition, the motion to vacate, and the motion for an order of attachment on **June 10, 2026, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. This is an in-person proceeding.

Dated: New York, New York        **SO ORDERED.**
      May 14, 2026

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2