UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL GIOUPIS,

Petitioner,

-against-

CAPE SECURITIES, INC., AND JAMES RANDALL WEBB,

Respondents.

26 CIVIL 208 (BCM)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated September 30, 2026, the Motion to Vacate is DENIED, the Petition is GRANTED, and the Award is CONFIRMED. Petitioner is entitled to $528,795.49, plus prejudgment interest at the rate of nine percent per annum, calculated from December 30, 2025 until the date on which judgment is entered in the amount of $36,378.23. Thereafter, petitioner will be entitled to post-judgment interest at the rate provided for by 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
October 5, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**