HOLCOMB
+ WARD LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 10/16/26

**M. Scott Holcomb**
Direct Line: 404.445.5205
scott@holcombward.com

MEMO ENDORSED

October 15, 2026

**VIA ECF**

Hon. Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**October 16, 2026**

*Re: Gioupis v. Cape Securities, Inc. et al., No. 26-CV-208 (BCM)*

Dear Judge Moses:

I write on behalf of Respondents to advise the Court that the parties have executed a settlement agreement resolving this matter.

In light of the settlement, Respondents respectfully request that the Court vacate the October 15, 2026 deadline for submitting a proposed bond or other security under its October 8 Order and hold the pending Rule 62(b) application in abeyance while the parties complete their obligations under the agreement.

Respondents will promptly notify the Court upon completion of the settlement or if further judicial action becomes necessary.

Respondents appreciate the Court's consideration of this time-sensitive request.

Sincerely,

M. Scott Holcomb